FILED

Clear Form

2009 NOV 18 P 3: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Erik Estavillo,

Plaintiff,

vs.

Microsoft Corp.,
Nintendo of America

Defendant.

CASE NO. C09-05485 PVT

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Erik Estavillo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7    a.   Business, Profession or            Yes ___ No _X_
8         self employment?
9    b.   Income from stocks, bonds,         Yes ___ No _X_
10        or royalties?
11   c.   Rent payments?                     Yes ___ No _X_
12   d.   Pensions, annuities, or            Yes ___ No _X_
13        life insurance payments?
14   e.   Federal or State welfare payments, Yes _X_ No ___
15        Social Security or other govern-
16        ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  SSI & SSA
20  $200 & $600

21  3.   Are you married?                    Yes ___ No _X_
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $_____
26  4.   a.   List amount you contribute to your spouse's support: $_____
27       b.   List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____

4  5.  Do you own or are you buying a home?       Yes ___  No _X_
5  Estimated Market Value: $_____  Amount of Mortgage: $_____
6  6.  Do you own an automobile?                  Yes _X_  No ___
7  Make __Acura__  Year __1998__  Model __Integra__
8  Is it financed?  Yes ___  No _X_  If so, Total due: $_____
9  Monthly Payment: $_____
10  7.  Do you have a bank account?  Yes _X_  No ___  (Do not include account numbers.)
11  Name(s) and address(es) of bank: __Bank of the West__
12  __McKee Branch__
13  Present balance(s): $ __10.00__
14  Do you own any cash?  Yes ___  No _X_  Amount: $_____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                                Yes ___  No _X_
17  _____
18  8.  What are your monthly expenses?
19  Rent: $ __300__                Utilities: __50__
20  Food: $ __100__                Clothing: __0__
21  Charge Accounts:
22  Name of Account        Monthly Payment       Total Owed on This Account
23  __Chase__              $ __170__             $ __2,500__
24  __Chase__              $ __70__              $ __2,500__
25  __Discover__           $ __80__              $ __5,000__
26  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable.  Do not include account numbers.)
28  __No__

-3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_11/18/09_                          _Erik Estavillo_

DATE                                SIGNATURE OF APPLICANT