UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>        Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>        Defendants. | Case No.: C 09-5485 PVT<br><br>**ORDER DEEMING MOTION TO DISMISS TO BE NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

On January 29, 2010, Plaintiff filed a document in which he states he moves to dismiss this case.[1] Based on said document and the file herein,

IT IS HEREBY ORDERED that Plaintiff's motion is deemed to be a notice of dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) (a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"). The clerk of the court may close the file.

Dated: *March 25, 2010*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1
2
3 ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
4
5 <u>copies mailed on</u>    *3/26/10*      to:
6 Erik Estavillo
  3284 Cortese Circle
7 San Jose, CA 95127
8
9                                   <u>/s/  Donna Kirchner                for</u>
                                  MARTHA BROWN
10                                   Courtroom Deputy
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*